# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vega, Eduvijes** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **\*\*\*-\*\*-7832** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1320 South Cicero**<br>**Cicero, IL**<br>ZIP CODE **60804** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts** (Check one box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Eduvijes Vega** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

❏ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X **Manuel. A Cardenas**                **11/16/2012**
  Signature of Attorney for Debtor(s)       Date
  **Manuel A. Cardenas**                **6228970**

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❏ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❏ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❏ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

❏ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❏ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Eduvijes Vega** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Eduvijes Vega**
Signature of Debtor  **Eduvijes Vega**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**11/16/2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❏ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

❏ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **Manuel. A Cardenas**
Signature of Attorney for Debtor(s)

**Manuel A. Cardenas  Bar No.  6228970**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Manuel A. Cardenas And As**
Firm Name

**2057 North Western Avenue Chicago, IL 60647**
Address

**773-227-6858**   **773-227-6088**
Telephone Number

**11/16/2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**B 201A** (Form 201A) (11/11)

---

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:**  Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:**  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Form B 201A, Notice to Consumer Debtor(s)                                                                                                           Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure .

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re  **Eduvijes Vega**                                  Case No. _____
         **Debtor**

                                                          Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

**Certificate of the Debtor**

I, the debtor, affirm that I have received and read this notice, as required by § 342(b) of the Bankruptcy Code.

| **Eduvijes Vega** | X **s/ Eduvijes Vega** | **11/16/2012** |
|---|---|---|
| Printed Name of Debtor | **Eduvijes Vega**  Signature of Debtor | Date |

Case No. (if known) _____

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re **Eduvijes Vega**          Case No. _____
        Debtor                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ Eduvijes Vega**
                      **Eduvijes Vega**

Date:  **11/16/2012**

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re: **Eduvijes Vega**

Debtor

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                          $  **1,200.00**
   Prior to the filing of this statement I have received                $  **1,200.00**
   Balance Due                                                          $      **0.00**

2. The source of compensation paid to me was:

   ☐ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
      **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **11/16/2012**

**Manuel. A Cardenas**
Manuel A. Cardenas, Bar No. 6228970

**Law Offices of Manuel A. Cardenas And As**
Attorney for Debtor(s)

**Manuel A. Cardenas   6228970**
**Law Offices of Manuel A. Cardenas And As**
**2057 North Western Avenue**
**Chicago, IL 60647**

**773-227-6858**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In Re:
Debtor:  **Eduvijes Vega**
Social Security Number:  **\*\*\*-\*\*-7832**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, Ca** | **Unsecured Claims** | **$ 101.00** |
| 2. **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | **Unsecured Claims** | **$ 0.00** |
| 3. **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | **Unsecured Claims** | **$ 0.00** |
| 4. **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | **Unsecured Claims** | **$ 0.00** |
| 5. **Chase - Toys R Us** <br> **Attn: Correspondence PO Box 15298** <br> **Wilmington, DE 19850** | **Unsecured Claims** | **$ 0.00** |

In re:  **Eduvijes Vega**                                                                                    Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Chase-pier1**<br>**Attn: Bankruptcy PO Box 15298**<br>**Wilmington, DE 19850** | Unsecured Claims | $ 0.00 |
| 7. | **Childrens Place/citicorp Credit Services**<br>**Attn.:  Centralized Bankruptcy PO Box 2**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 0.00 |
| 8. | **Citibank Na**<br>**Attn.:  Centralized Bankruptcy PO Box 2**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 0.00 |
| 9. | **Citibank Usa**<br>**Citicorp Credit Services/Attn: Centraliz**<br>**Kansas City, MO 64195** | Unsecured Claims | $ 0.00 |
| 10. | **Citi-bp Oil**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | Unsecured Claims | $ 0.00 |
| 11. | **Dell Financial Services**<br>**701 E. Barmer Lane Building 2**<br>**Austin, TX 78753** | Unsecured Claims | $ 0.00 |
| 12. | **Discover Fin**<br>**Attention:  Bankruptcy Department PO Box**<br>**New Albany, OH 43054** | Unsecured Claims | $ 0.00 |
| 13. | **Discover Fin Svcs Llc**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | Unsecured Claims | $ 0.00 |
| 14. | **Fifth Third Bank**<br>**Fifth Third Bank Bankruptcy Department,**<br>**Grand Rapids, MI 49546** | Unsecured Claims | $ 0.00 |

Numbered Listing of Creditors - Page 2

In re: **Eduvijes Vega** Case No. _____

| | | | |
|---|---|---|---|
| 15. | **First Usa/chase**<br>**Chase Card Services PO Box 15298**<br>**Wilmington, DE 19850** | Unsecured Claims | $ 0.00 |
| 16. | **Fnb Omaha**<br>**P.O. Box 3412**<br>**Omaha, NE 68197** | Unsecured Claims | $ 0.00 |
| 17. | **Ford Cred**<br>**Ford Credit PO Box 6275**<br>**Deerborn, MI 48121** | Unsecured Claims | $ 0.00 |
| 18. | **Ford Cred**<br>**Ford Credit PO Box 6275**<br>**Deerborn, MI 48121** | Unsecured Claims | $ 0.00 |
| 19. | **Ford Cred**<br>**Ford Credit PO Box 6275**<br>**Deerborn, MI 48121** | Unsecured Claims | $ 0.00 |
| 20. | **Ford Cred**<br>**Ford Credit PO Box 6275**<br>**Deerborn, MI 48121** | Unsecured Claims | $ 0.00 |
| 21. | **Gecrb/gap**<br>**PO Box 965005**<br>**Orlando, FL 32896** | Unsecured Claims | $ 0.00 |
| 22. | **Gecrb/gap**<br>**PO Box 965005**<br>**Orlando, FL 32896** | Unsecured Claims | $ 0.00 |
| 23. | **Gecrb/gap**<br>**PO Box 965005**<br>**Orlando, FL 32896** | Unsecured Claims | $ 0.00 |

In re: **Eduvijes Vega**  Case No. _____

| | | | |
|---|---|---|---|
| **24.** | **Gecrb/l & T**<br>**PO Box 981400**<br>**El Paso, TX 79998** | Unsecured Claims | $ 0.00 |
| **25.** | **Gecrb/lord & Tay**<br>**PO Box 981400**<br>**El Paso, TX 79998** | Unsecured Claims | $ 1,897.00 |
| **26.** | **Gecrb/walmart**<br>**PO Box 981400**<br>**El Paso, TX 79998** | Unsecured Claims | $ 0.00 |
| **27.** | **Gemb / Old Navy**<br>**Attention: Gemb PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |
| **28.** | **Gemb/banana Rep**<br>**Attn: Bankruptcy PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |
| **29.** | **Gemb/banana Rep**<br>**Attn: Bankruptcy PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |
| **30.** | **Gemb/care Credit**<br>**Attn: Bankruptcy PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |
| **31.** | **Gemb/jc Penny**<br>**Attention: Bankruptcy PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |
| **32.** | **Gemb/jc Penny**<br>**Attention: Bankruptcy PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |

In re: **Eduvijes Vega**  Case No. _____

| | | | |
|---|---|---|---|
| **33.** | **Gemb/sams Club Dc**<br>**Gemb Finance PO Box 103104**<br>**Roswell, GA 30076** | Unsecured Claims | $ 0.00 |
| **34.** | **Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | Unsecured Claims | $ 0.00 |
| **35.** | **Hsbc Nv/gm Card**<br>**Attn: Bankruptcy PO Box 5213**<br>**Carol Stream, IL 60197** | Unsecured Claims | $ 0.00 |
| **36.** | **Hsbc/bsbuy**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | Unsecured Claims | $ 0.00 |
| **37.** | **Hsbc/carsn**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | Unsecured Claims | $ 0.00 |
| **38.** | **Hsbc/menards**<br>**Attn: Bankruptcy Dept PO Box 5263**<br>**Carol Stream, IL 60197** | Unsecured Claims | $ 0.00 |
| **39.** | **Nbgl-carsons**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | Unsecured Claims | $ 0.00 |
| **40.** | **Park National Bank**<br>**28 W Madison St**<br>**Oak Park, IL 60302** | Unsecured Claims | $ 0.00 |
| **41.** | **Park National Bank**<br>, | Unsecured Claims | $ 98,011.00 |

In re:  **Eduvijes Vega**                                                                                                          Case No. _____

| | | | |
|---|---|---|---|
| 42. | **Rnb-fields3/macy's**<br>**MacY's Bankruptcy Department PO Box 8053**<br>**Mason, OH 45040** | **Unsecured Claims** | **$    0.00** |
| 43. | **Sears/cbna**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117** | **Unsecured Claims** | **$    0.00** |
| 44. | **Sears/cbna**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117** | **Unsecured Claims** | **$    0.00** |
| 45. | **Springleaf Financial Services**<br>**Attention: Bankruptcy Department PO Box**<br>**Evansville, IN 47731** | **Unsecured Claims** | **$    0.00** |
| 46. | **Sunrise Credit Service**<br>**260 Airport Plaza**<br>**Farmingdale, NY 11735** | **Unsecured Claims** | **$  1,031.00** |
| 47. | **The Limited/wfnnb**<br>**Wfnnb/Attn: Bankruptcy PO Box 182686**<br>**Columbus, OH 43218** | **Unsecured Claims** | **$    0.00** |
| 48. | **Tnb-visa (tv) / Target**<br>**C/O Financial & Retail Services Mailstop**<br>**Minneapolis, MN 55440** | **Unsecured Claims** | **$    0.00** |
| 49. | **Tnb-visa (tv) / Target**<br>**C/O Financial & Retail Services Mailstop**<br>**Minneapolis, MN 55440** | **Unsecured Claims** | **$    0.00** |
| 50. | **Us Bank/na Nd**<br>**4325 17Th Ave S**<br>**Fargo, ND 58125** | **Unsecured Claims** | **$  4,073.00** |

In re: **Eduvijes Vega** Case No. _____

| | | | |
|---|---|---|---|
| **51.** | **Us Dept Of Education**<br>**Attn: Borrowers Service Dept PO Box 5609**<br>**Greenville, TX 75403** | Unsecured Claims | $ 436.00 |
| **52.** | **Us Dept Of Education**<br>**Attn: Borrowers Service Dept PO Box 5609**<br>**Greenville, TX 75403** | Unsecured Claims | $ 0.00 |
| **53.** | **Us Dept Of Education**<br>**Attn: Borrowers Service Dept PO Box 5609**<br>**Greenville, TX 75403** | Unsecured Claims | $ 6,686.00 |
| **54.** | **Us Dept Of Education**<br>**Attn: Borrowers Service Dept PO Box 5609**<br>**Greenville, TX 75403** | Unsecured Claims | $ 3,500.00 |
| **55.** | **Us Dept Of Education**<br>**Attn: Borrowers Service Dept PO Box 5609**<br>**Greenville, TX 75403** | Unsecured Claims | $ 2,423.00 |
| **56.** | **Victoria's Secret**<br>**Attention: Bankruptcy PO Box 182125**<br>**Columbus, OH 43218** | Unsecured Claims | $ 0.00 |
| **57.** | **Von Maur**<br>**Attn: Credit Dept 6565 Brady St.**<br>**Davenport, IA 52806** | Unsecured Claims | $ 0.00 |
| **58.** | **Wells Fargo**<br>**Freedmand Anselmo Lindberg**<br>**1807 West Diehl**<br>**P O Box 3107**<br>**Naperville, IL 60566** | Secured Claims | $ 230,000.00 |
| **59.** | **Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | Unsecured Claims | $ 130,289.00 |

In re: **Eduvijes Vega** Case No. _____

| | | | |
|---|---|---|---|
| **60.** | **Wfnnb/express**<br>**Attention: Bankruptcy PO Box 182685**<br>**Columbus, OH 43218** | **Unsecured Claims** | $ 0.00 |
| **61.** | **Wfnnb/harlem**<br>**Attention: Bankruptcy PO Box 182685**<br>**Columbus, OH 43218** | **Unsecured Claims** | $ 0.00 |
| **62.** | **Wfnnb/new York & Compa**<br>**Attention: Bankruptcy P.O. Box 182685**<br>**Columbus, OH 43218** | **Unsecured Claims** | $ 0.00 |
| **63.** | **Wfnnb/value City Furn**<br>**Attn: Bankruptcy PO Box 182685**<br>**Columbus, OH 43218** | **Unsecured Claims** | $ 633.00 |

In re: **Eduvijes Vega**  Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Eduvijes Vega**, named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **8 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature: **s/ Eduvijes Vega**
**Eduvijes Vega**

Dated: **11/16/2012**